```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   ISRAEL BALLARDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00078 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| ISRAEL BALLARDO aka Ernesto Franco Alvarez, and FREDDY LOAIZA | ) | DATE: November 10, 2011<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |
| Defendants. | ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for November 10, 2011, may be continued to December 15, 2011, at 9:00 a.m. This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, review of discovery and further negotiations with the prosecutor in an attempt to reach a final resolution. Furthermore, a plea agreement was recently translated in writing into Spanish for defendant Loaiza and his counsel needs additional time to review and discuss the document with Mr. Loaiza.

1

1     Further, all of the parties, agree and stipulate that the ends of
2 justice served by granting this continuance outweigh the best interests
3 of the public and the defendants in a speedy trial.  As such, the
4 parties agree that time may be excluded from the speedy trial
5 calculation under the Speedy Trial Act for counsel preparation,
6 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

7     The parties have authorized the defense counsel for Israel
8 Ballardo to sign this stipulation on their behalf.

10 DATED: November 7, 2011      BENJAMIN WAGNER
    United States Attorney

12     by   /s/ Scott N. Cameron, for
    Jill Thomas
13     Assistant U.S. Attorney

14 DATED: November 7, 2011
15     by   /s/ Scott N. Cameron
    Scott N. Cameron
16     Counsel for ISRAEL BALLARDO

17 DATED: November 7, 2011
18     by   /s/ Scott N. Cameron, for
    Dina Santos
19     Counsel for FREDDY LOAIZA

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **Order** |
| 4 | Good cause appearing, |
| 5 | The status conference, scheduled for November 10, 2011, is continued to December 15, 2011, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation. |
| 12 | IT IS SO ORDERED. |
| 13 | Dated: November 14, 2011 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE