```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    ISRAEL BALLARDO
 5

 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-cr-00078 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) |
| ISRAEL BALLARDO, et. al. | ) |
| Defendants. | ) DATE: December 15, 2011<br>) TIME: 9:00 a.m.<br>) COURT: Hon. Morrison England, Jr. |

## **Stipulation**

Both parties, through undersigned counsel, stipulate that the status conference, scheduled for December 15, 2011, may be continued to February 2, 2012, at 9:00 a.m. It is anticipated that defense counsel for Israel Ballardo will be communicating an offer to the government to resolve this matter prior to the next court date. However, the additional time requested in this stipulation is required to allow the government sufficient time to consider the offer, allow for further negotiations if necessary, and to prepare a plea agreement if the parties are able to reach an agreement.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

| | |
|---|---|
| 1 | As such, the parties agree that time may be excluded from the speedy |
| 2 | trial calculation under the Speedy Trial Act for counsel preparation, |
| 3 | pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. |
| 4 | The prosecutor has authorized the defense counsel for Israel |
| 5 | Ballardo to sign this stipulation on her behalf. |

DATED: December 12, 2011        BENJAMIN WAGNER
                                United States Attorney

                          by    /s/ Scott N. Cameron, for
                                Jill Thomas
                                Assistant U.S. Attorney

DATED: December 12, 2011
                          by    /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for ISRAEL BALLARDO

**Order**

Good cause appearing, the Status Conference, scheduled for December 15, 2011, is continued to February 2, 2012, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE