```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    ISRAEL BALLARDO
 5

 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CASE NO.  2:10-cr-00078 MCE
                                 )
11            Plaintiff,         )   STIPULATION AND ORDER CONTINUING
                                 )   STATUS CONFERENCE
12       v.                      )
                                 )
13  ISRAEL BALLARDO, ET AL.,     )
                                 )   DATE:  March 8, 2012
14            Defendants.        )   TIME:  9:00 a.m.
    _____ )   COURT: Hon. Morrison England, Jr.
15
```

## Stipulation

The government and defendant Ballardo, through undersigned counsel, stipulate that the status conference as to defendant Ballardo only, scheduled for March 8, 2012, may be continued to May 10, 2012, at 9:00 a.m. Defense counsel for Israel Ballardo has conveyed an offer to the government to resolve this matter. However, the additional time requested in this stipulation is required to allow the government sufficient time to consider and staff the offer, allow for further negotiations if necessary, and to prepare a plea agreement if the parties are able to reach an agreement.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Israel Ballardo to sign this stipulation on her behalf.

DATED: March 5, 2012　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　by　/s/ Scott N. Cameron, for
　　　　　　　　　　　　　　　　　Jill Thomas
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: March 5, 2012
　　　　　　　　　　　　　　　by　/s/ Scott N. Cameron
　　　　　　　　　　　　　　　　　Scott N. Cameron
　　　　　　　　　　　　　　　　　Counsel for ISRAEL BALLARDO

**Order**

Good cause appearing, the status conference, scheduled for March 8, 2012, is continued to May 10, 2012, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE