SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-00078 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ISRAEL BALLARDO, et. al. | |
| Defendants. | DATE: May 10, 2012<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

### Stipulation

The government and defendant Ballardo, through undersigned counsel, stipulate that the status conference as to defendant Ballardo only, scheduled for May 10, 2012, may be continued to June 21, 2012, at 9:00 a.m. The parties in this case have been engaged in significant negotiations which have been productive. The parties need the additional time to finalize negotiations and prepare a plea agreement.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

1

As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Israel Ballardo to sign this stipulation on her behalf.

DATED: May 7, 2012                BENJAMIN WAGNER
                                  United States Attorney

                                  by   /s/ Scott N. Cameron, for
                                       Jill Thomas
                                       Assistant U.S. Attorney

DATED: May 7, 2012
                                  by   /s/ Scott N. Cameron
                                       Scott N. Cameron
                                       Counsel for ISRAEL BALLARDO

### Order

Good cause appearing, the status conference, scheduled for May 10, 2012, is continued to June 21, 2012, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: May 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE