SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ISRAEL BALLARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ISRAEL BALLARDO, et. al.<br><br>　　　　Defendants. | CASE NO. 2:10-cr-00078 MCE<br><br>**STIPULATION AND ORDER FOR PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT AND TO CONTINUE STATUS CONFERENCE**<br><br>DATE: June 21, 2012<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

## **Stipulation**

The government and defendant Ballardo, through undersigned counsel, stipulate that the status conference scheduled for June 21, 2012, may be continued to August 9, 2012, at 9:00 a.m. The parties further stipulate that it would be appropriate, as to defendant Ballardo, to have the United States Probation Department prepare a Pre-Plea Advisory Guideline Presentence Investigation Report (hereafter "PSR").

The parties in this case have been engaged in significant negotiations and have arrived at a possible settlement. However, due to the number of charges, the variety of charges, and the factual and legal issues involved regarding sentencing factors, both parties agree that a pre-plea PSR is warranted.

1

1 Supervising Probation Officer Jeff Oestreicher has been consulted regarding this request for a pre-plea PSR and he does not have any objection. Mr. Oestreicher has informed the undersigned attorneys that the probation officer assigned to the case will need approximately six to eight weeks to complete the PSR.

As such, the parties are requesting an order of the Court for a pre-plea PSR from the United States Probation Department and that the status conference currently set for June 21, 2012, be continued to August 9, 2012, at 9:00 a.m., to accommodate the preparation of the pre-plea PSR.

Further, both parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Israel Ballardo to sign this stipulation on her behalf.

DATED: June 11, 2012　　　　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　by　　/s/ Scott N. Cameron, for
　　　　　　　　　　　　　　　　　　　　　Jill Thomas
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: June 11, 2012
　　　　　　　　　　　　　　　　　　by　　/s/ Scott N. Cameron
　　　　　　　　　　　　　　　　　　　　　Scott N. Cameron
　　　　　　　　　　　　　　　　　　　　　Counsel for ISRAEL BALLARDO

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Good cause appearing, |
| 4 | It is the order of this Court that the United States Probation Department shall prepare a Pre-Plea Advisory Guideline Presentence Investigation Report for defendant Israel Ballardo in the above-captioned case. In addition, the status conference for defendant Israel Ballardo, scheduled for June 21, 2012, is continued to August 9, 2012, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation. |

IT IS SO ORDERED.

Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE